■ GLENN MYLES, Respondent, v ROBERT J. MEYER et al., Appellants, et al., Respondents.—Order, Supreme Court, New York County (Irma Vidal Santaella, J.), entered on May 3, 1990, which, *inter alia,* granted petitioner's application pursuant to CPLR 5225, for a lien against the proceeds to which respondent Grand-Perridine Development Corp. might be entitled upon dissolution of a partnership known as Fox Meadow Associates, unanimously affirmed, with costs.

The affidavit of respondent Meyer's former attorney that he formed respondent Grand-Perridine Development Corp. at Meyer's request and handed all of its stock over to him, and the mortgage documents signed by Meyer on behalf of Grand-Perridine, sufficed to show, prima facie, that Meyer, petitioner's judgment debtor, is the sole owner of Grand-Perridine stock. Respondents' unsubstantiated general denials in their answer to the petition raised no triable issues of fact concerning petitioner's entitlement to a lien against Grand-Perridine's 45% interest in Fox Meadow Associates. Concur—Sullivan, J. P., Milonas, Ellerin, Kassal and Smith, JJ.